JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO JAUREGUI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON BEACH, ET. AL.,<br><br>　　　　Defendant. | Case No. CV 11-09182-AB (FFMx)<br><br>**ORDER DISMISSING CIVIL ACTION AND APPROVING STIPULATION FOR SETTLEMENT** |

THE COURT having reviewed the Parties' Stipulation for Settlement ("Settlement," Dkt. No. 194) and finding good cause therefor, hereby **APPROVES** the Settlement and **ORDERS** that this action is dismissed without costs and without prejudice to the right.

Dated: December 16, 2019

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.